UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAHUMI HARRIGAN & JAHRUDO HARRIGAN,

                                      Plaintiffs,

-against-

THE CITY OF NEW YORK, CAPTAIN PAUL
LICHTBRAUN, LT. ANTHONY RONDA, SGT.
EMILE PROVENCHER, (SHIELD # 4239),
DETECTIVE PAUL MCCANN, (SHIELD #3147),
DETECTIVE ANTONIO EDWARDS, (SHIELD #
5118), DETECTIVE LARRY MURAJ, (SHIELD #
4801), DETECTIVE MARK MCDONALD, (SHIELD
# 6272), DETECTIVE TODD HABERSHAM,
(SHIELD # 7204), P.O. DEON AYALA, (SHIELD #
7817), DETECTIVE FRANCISCO BERMUDEZ,
(SHIELD #2153), DETECTIVE THOMAS CARVIN,
(SHIELD # 5113), DETECTIVE STEVEN
GANSROW, (SHIELD # 2866), DETECTIVE
RICHARD BAEZ, (SHIELD # 6849), P.O. SHAWN
WILKINSON, (SHIELD # 25638), DETECTIVE
DARREN BRUCE, (SHIELD # 1290)

                                        Defendants.
------------------------------------------------------------------X

**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT**

10-CV-2169(CM)(MHD)

        I, Shondell Simon, declare under penalty of perjury:

        1.    I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

        2.    On July 29th, 2010, at approximately 4:03 p.m., I served the summons and complaint in this matter on defendants LICHTBRAUN, RONDA, PROVENCHER, MCCANN, EDWARDS, MURAJ, MCDONALD, HABERSHAM, AYALA, BERMUDEZ, CARVIN, GANSROW, BAEZ, WILKINSON, and BRUCE by delivering a copy of same to defendants' agent for service of process, to Room 1100, One Police Plaza, New York, NY, specifically, Paa Busby.

Dated:        New York, New York
                  July 30, 2010

_____
Shondell Simon
Legal Assistant
305 Broadway, 14th Floor
New York, New York 10007
(212) 822-1427