# LAW OFFICE OF ROBERT MARINELLI
ATTORNEYS AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427



September 21, 2010

The Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/10

Re: Harrigan v. City of New York, 10 CV 2169 (CM)

Your Honor:

    I, along with Christopher Wright, Esq., represent plaintiffs in this case alleging false arrest, excessive force, and malicious prosecution by several officers employed by the New York City Police Department. I write to request that this matter be stayed for 30 days to provide plaintiff's counsel an opportunity to locate plaintiffs.

    For the past thirty days counsel has been unable to locate or speak with plaintiffs. In an effort to locate plaintiff, counsels have left numerous voice messages and delivered certified mail to plaintiffs' last known address. Counsel is currently in the process of engaging an investigator to locate plaintiffs.

    Heretofore, plaintiffs have passionately expressed their desire to proceed with this case. The parties have exchanged paper discovery and have actively engaged in settlement negotiations. Discovery is currently scheduled to conclude on September 29, 2010.

    For the aforesaid reasons, plaintiffs request a 30 day stay of discovery in order to locate plaintiffs. It is anticipated that when plaintiffs are located, the parties will request a 60-day extension of discovery. Defense counsel consents to this request.

Respectfully,

Robert Marinelli (RM-4242)

Copy: Matthew Weir (by fax)