# LAW OFFICE OF ROBERT MARINELLI
### ATTORNEYS AT LAW
### 305 BROADWAY, 14TH FLOOR
### NEW YORK, NEW YORK 10007
### (212) 822-1427

R E D
NOV 3 - 2010

November 3, 2010

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/10
```

By Fax (212)805-6326
The Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Harrigan v. City of New York, 10 CV 2169 (CM)   **MEMO ENDORSED**

Your Honor:

    I, along with Christopher Wright, Esq., represent plaintiffs in this case alleging false arrest, excessive force, and malicious prosecution by several officers employed by the New York City Police Department. On September 22, 2010 I requested that this matter be stayed for thirty days while I attempted to locate my client.

    I made contact with my client on October 28, 2010. My client wishes to pursue this case and offers apologies to the Court.

    Discovery had been scheduled to conclude on September 29, 2010. I request that discovery be re-opened for 60 days. I also seek a referral to Magistrate Dollinger for a settlement conference. I have spoken with defense counsel and he consents to these requests.

Respectfully,

Robert Marinelli

Copy: Matthew Weir (by fax)

*[Handwritten endorsement:] 11/3/10 Discovery deadline is now 12/30/2010. Order of reference to Judge Dolinger for settlement.*